EDWARD GOLDSTEIN v. IVAN R. GATES and Others.— Motion to dismiss appeal

* Revd., 257 N. Y. 563.

granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.